IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

FRANKIE THOMAS                                                     PLAINTIFF

VS.                                            CIVIL ACTION NO.4:09cv4-DPJ-JCS

CARL L. MICKENS, et al.                                      DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff has filed a notice of voluntary dismissal. Because two of the defendants have filed responses to the complaint, the court construes the notice as a motion to dismiss. So construed, the motion is hereby granted, and this matter is dismissed without prejudice.

So ordered and adjudged, this the 18th day of August, 2009.

                                        /s/ James C. Sumner
                                      _____
                                      UNITED STATES MAGISTRATE JUDGE